RECEIVED CLERK

Natasha Nicole Maile
6534 Appomattox Way
Taylorsville Ut, 84123
(801) 505-1268
TashaMaile101@gmail.com

SEP 2 6 2016

U.S. DISTRICT COURT

FILED
U.S. DISTRICT COURT

2016 SEP 27 ⊃ 2: 23

DISTRICT OF UTAH

BY:_____
     DEPUTY CLERK

## IN THE UNITED STATES
## FOR THE DISTRICT OF UTAH

PLAINTIFF;                          )
                                    )
Natasha Nicole Maile, Secured Party )
Creditor                            )
                                    )
Vs.                                 )
                                    )
DEFENDANTS;                         )
                                    )
DIEGO   FERNANDO   MATTOS           )
FERREIRA, SHELSY CORDEIRO,          )
AUTO EXPERTS OF UTAH, LLC,          )
JOHN DOES 1-10, JANE DOES 1-        )
10                                  )

Case: 2:16cv01003
Assigned To : Campbell, Tena
Assign. Date : 9/26/2016
Description: Maile v. Ferreira et al

**RICO COMPLAINT**: Exhibits A-E,
Form AO 240, 88B, HID 440

***JURY TRIAL DEMANDED***

## COMPLAINT PURSUANT TO RACKETEER INFLUENCED AND CORRUPTORGANIZATIONS ACT AND OTHER CAUSES OF ACTION

Plaintiffs Natasha Nicole Maile as pro se attest and declare:

1. Plaintiff sues the Defendants on behalf of herself and all others similarly situated,

   as persons operating a criminal enterprise, in violation of the following acts and

   laws; the RICO act under Title 18 USC 96, Conspiracy Against Rights under 18

USC 241 and violating my inalienable rights to "pursue happiness" *guaranteed* by Declaration of Independence, the Common Law and Utah Statute § 76-6-412(c), theft. This action is to obtain permanent injunctive relief, restitution and other equitable relief for said violations by the defendants.

## Jurisdiction and Venue

2. This Court has subject matter jurisdiction under Title 18 USC 96 with respect to RICO claims; under 18 USC 241 in respect to Conspiracy and under the Declaration of Independence which is law, 28 U.S. Code § 1367 with respect to Utah Statutes.

3. Venue is proper in the United States District Court for the District of Utah because the defendants are located in and do business in this District, 28 U.S.C. §§ 1391(b) and (c), 15 U.S.C. § 53(b), and 12 U.S.C. § 5564(f).

## Nature of Action- Common Lawsuit

4. This common law civil action represents: That Natasha Nichole Maile is established as a secured party creditor of the defendant's violations of specified federal regulation.

## VIOLATIONS OF THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATION ACT

5. Passed in 1970, the Racketeer Influenced and Corrupt Organizations Act (RICO) is a federal law designed to combat organized crime in the United States. It allows prosecution and civil penalties for racketeering activity performed as part of an ongoing criminal enterprise. Such activity may include bribery, robbery, theft, money laundering, conspiracy, embezzlement, slavery, and a host of other unsavory business practices.

6. ENTERPRISE *is* established by the defendant *together* with his LLC and partner/co-defendant in evading the legal name of the owner and lead perpetrator, among other offenses to be disclosed in evidence.

7. *PATTERN* OF RACKETEERING- 18 U.S. Code § 1961(1) "sections 891–894 (relating to extortionate credit transactions) section 1951 (relating to interference with commerce, robbery, or extortion), section 1952 (relating to racketeering)"

   *a.* The initial interaction of high pressure sales coercing the plaintiff into a $500 deposit that was a "hold" for a vehicle and then was unreturned/*stolen* after plaintiff chose to not purchase from the defendant.

*b.* After filing a complaint with the Motor Vehicle Enforcement Division of the State of Utah, the assigned detective spoke an utter lie indicating conspiracy by stating the "deposit was non-refundable" and that the defendant FERREIRA "is his friend" and then would not return any calls after that.

*c.* Finally, Exhibit A indicates a pattern of theft from other patrons who have experienced a similar circumstance and loss from the defendant.

## Count I by Plaintiff: <u>Extortionate Means in Commerce</u>

8. According to sections 891(6)(7) of Title 18 "An extortionate extension of credit is any extension of credit with respect to which it is the understanding of the creditor and the debtor at the time it is made that delay in making repayment or failure to make repayment could result in the use of violence or other criminal means to cause harm to the person, reputation, or property of any person." Which is evident in this matter being the plaintiff has cash stolen from her.

9. "An extortionate means is any means which involves the use, or an express or implicit threat of use, of violence or other criminal means to cause harm to the person, reputation, or property of any person." The plaintiff who is the injured

party, was harmed by loss of money unless she purchased a car from the defendant, a violation of the RICO act.

## Count II by Plaintiff: Interfering with Commerce by Extortion

10. According to section 1951 of Title 18 USC (relating to interference with commerce or extortion) the plaintiff has failed to return a refundable deposit that was not expressed as non-refundable, but instead has ignored the law and has taken advantage of the defendant and other patrons (exhibit A) by coercion.

## CONSPIRACY

11. 18 U.S. Code § 241 "If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to her by the Constitution or laws of the United States, or because of his having so exercised the same;" they are guilty of conspiracy

12. This law is in place to protect the people from any unlawful oppression of two or more individuals.    In this matter the defendants, all three persons and several JOHN and JANE DOES have conspired together to take money from the plaintiff, thus depriving her rights to her personal financial property.

## Count III by Plaintiff: <u>Conspired Theft</u>

13. The defendant assured the plaintiff by way of contract that a deposit was merely a "hold" on a potential purchase and was in fact refundable if the plaintiff chose to purchase a car elsewhere.   After seeking a refund of deposit, employees JOHN DOE 1-2 chose to not disclose the name of the owner or manager, instead ignored the plaintiff's request.   Further, upon a complaining to the State Vehicle Enforcement agency, the detective JOHN DOE, exclaimed he was the friend of the defendant and the refund was not refundable, which was a lie.   A violation of 18 U.S.C 241

## VIOLATIONS OF THE DECLARATION OF INDEPENCDENCE AND THE COMMON LAW

14. The Declaration of Independence is a NOT only a legal philosophy but is incorporated into the United States body of case law *on level with the United States Constitution*. It holds that the **Declaration** is a natural **law** document and so that natural **law** has a place within American jurisprudence.

15. "The Common Law is judicially created law that is developed on a case by case basis," wrote Chief Justice Hannah of the Supreme Court of Arkansas in Mason v State.  In R v Rusby, Justice Kenyon wrote: "The common law, though not to be found in the written records of the realm, yet has been long well known. It is

coeval with civilized society itself, and was formed from time to time by the wisdom of man." Baker wrote: "There was probably never a time when the common law was not in some sense *case law*...." it's has been referred to as the: "... ***common sense*** of the community, crystallized and formulated by our ancestors" (emphasized added)

## Count IV by Plaintiff: <u>Violation of Pursuit of Happiness</u>

16. What sets this country apart from the rest of the world is the acknowledgement of a natural law as inalienable right guaranteed by the Constitution and the Declaration of Independence.  The plaintiff undoubtedly was blocked from this inalienable right by a Brazilian minded foreigner who does not respect this U.S lawful tradition.

## Count V by Plaintiff: <u>Financial Injury by Undue Influence</u>

17. The plaintiff a twenty-year-old single mother of two young children ages two and four, found herself vulnerable to the coercion, exhortations and deception of an experienced used-car salesmen, a foreigner of Brazilian culture, who saw the young plaintiff as prey, to take advantage of her by Undo Influence causing extreme psychological stress and financial injury.

## **Prayer for Relief**

18. WHEREFORE, Plaintiff respectfully requests this Court:

A. Order defendant to repay initial deposit and all fines and penalties for violations under U.S Code Title 18 and other specified penalties for violations of rights.

B. Order defendant to comply with U.S. Code standards in all future business dealings;

C. Exercise close supervision over defendant's orders under this court including the defendant complying with injunctive relief (or in the alternative appoints a special master to do so).

D. Award to Plaintiff all costs and reasonable fees as provided in 5 U.S.C. § 552(a)(4)(E) or any other law;

E. Order defendant to pay legal damages and penalties to the plaintiff pursuant to Title 18 and other specified coded violations.

F. Grant other and further relief as the Court may deem just and proper.


Dated this 20th day of September, 2016.

Respectfully submitted,

Natasha Nicole Maile
6534 Appomattox Way
Taylorsville Ut, 84123
(801) 505-1268
TashaMaile101@gmail.com